*This case was not selected for publication in the Federal Reporter*

NOTE: Pursuant to Fed. Cir. R. 47.6, this order is not citable as precedent. It is a public order.

## SAB TECHNOLOGY, LLC, Plaintiff–Appellant,

v.

## PORT, INCORPORATED, Defendant–Appellee.

No. 2006–1617.

United States Court of Appeals, Federal Circuit.

Oct. 23, 2006.

### ORDER

SAB Technology, Inc. moves to voluntarily dismiss its appeal and to withdraw

its previous motion for an extension of time to file its brief.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motions are granted.

(2) Each side shall bear its own costs.